### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAMED LAMINE CONDE | : CIVIL ACTION |
| | : |
| v. | : NO.  26-2632 |
| | : |
| JAMAL L. JAMISON, JOHN E. RIFE, | : |
| TODD LYONS, MARKWAYNE | : |
| MULLIN, TODD BLANCHE | : |

## ORDER

**AND NOW**, this 24th day of April 2026, upon considering the respondents' certification of compliance (DI 6) of our April 23, 2026 order (DI 5), it is **ORDERED** the Clerk of Court shall **close** this case.

MURPHY, J.